GORDON HOLLOW-BLAST GRATE COMPANY v. ROBERT E. MORRIS, RECEIVER.

(Filed 25 May, 1908.)

For digest, see Mershon against same defendant, next preceding.

ACTION heard by *Justice, J.,* at chambers, 18 November, 1906, from RUTHERFORD.

This was a controversy submitted without action. The facts, exhibits, etc., are the same as in Mershon against same defendant, the only difference being that the property purchased from the plaintiff was "one No. 16 Town one-man two-saw trimmer, complete, with two saws." Judgment was rendered for plaintiff. Defendant excepted and appealed.

No counsel for plaintiff.
*R. S. Eaves* and *J. P. Morris* for defendant.

CONNOR, J. The decision of this appeal is governed by what we have said in *Mershon's case.* It is not necessary to discuss the matter further. The judgment is
Affirmed.